Northern District Of Ohio  
United States Bankruptcy Court  
Howard M. Metzenbaum U.S. Courthouse  
201 Superior Avenue  
Cleveland, OH 44114−1235  
**Case No. 18−17083−aih**

**In re:**
Fred Lee Pretlow
475 E. College Street
Oberlin, OH 44074

**Social Security No.:**
xxx−xx−7970

# MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on November 28, 2018. The petition is missing the following required documents:

Under Bankruptcy Rule 5005, the original of the attached document has been accepted for filing, however, further action is required.

    Declaration Concerning Debtor Schedules, Statement of Financial Affairs and Certificate of Credit Counseling

This document must be corrected by December 12, 2018 or the matter may be referred to the Judge for further consideration.

**Dated:** December 3, 2018                                                                        For the Court
Form ohnb258                                                                            Teresa D. Underwood, Clerk